IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIE C. SIMPSON,

                                                                          ORDER

                Plaintiff,

                                                                    08-cv-054-bbc

     v.

DALIA SULIENE and LORI ALSUM,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has filed a motion for reconsideration with respect to a portion of an order dated May 8, 2008, in which I screened plaintiff's complaint under 28 U.S.C. § 1915. Plaintiff challenges my conclusion that he failed to state a claim upon which relief may be granted with respect to his claim that defendants are violating his Eighth Amendment rights by refusing to give him double meal portions. I dismissed the complaint with respect to that claim because plaintiff conceded that defendants cancelled the double portions because his weight had stabilized and he no longer needed them. Nothing in plaintiff's motion shows that I erred in reaching this conclusion. Accordingly, plaintiff's motion for reconsideration,

dkt. #30, is DENIED.

Entered this 21st day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2