IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Petitioner,

v.                                 Case No. 08-CV-0054

DALIA SULIENE and
LORI ALSUM,

    Respondents.

**protective order**

    Plaintiff Willie C. Simpson has signed a medical records release authorizing counsel for the defendants to obtain his medical records for the purpose of defending against this lawsuit. Simpson's health care records are confidential, and they may not be used or disclosed by the parties, counsel for the parties, or any persons identified in the following paragraphs for any purposes whatsoever other than preparing for and conducting the litigation in which the records were disclosed (including appeals).

    The parties and counsel for the parties must not disclose or permit the disclosure of any documents or information designated as confidential under this order to any other person or entity, except that disclosures may be made in the following circumstances:

1. Disclosure may be made to employees of the Wisconsin Department of Justice who have direct functional responsibility for preparation and trial of the lawsuit. Any such employee to whom counsel for the parties makes a disclosure must be advised of and

become subject to the provisions of this order requiring that the documents and information be held in confidence.

2. Disclosure may be made only to employees and contractors of the Wisconsin Department of Corrections required in good faith to provide assistance in the conduct of the litigation in which the information was disclosed who are identified as such in advance of the disclosure of the confidential information.

3. Disclosure may be made to court reporters engaged for depositions and those persons, if any, specifically engaged for the limited purpose of making photocopies of documents.

4. Disclosure may be made to consultants, investigators, or experts (hereinafter collectively referred to as "experts") employed by the parties or counsel for the parties to assist in the preparation and trial of the lawsuit. Prior to disclosure to any expert, the expert must be informed of and agree to be subject to the provisions of this rule requiring that the documents and information be held in confidence.

5. Disclosure may be made in the context of court proceedings and filings.

At the conclusion of this litigation (including appellate proceedings, if any), all material not received as evidence and treated as confidential under this rule must be destroyed.

BY THE COURT:

Dated: 7-31-08

_____
MAGISTRATE JUDGE