IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIE C. SIMPSON,

                                                                 ORDER

                  Plaintiff,

                                                                 08-cv-54-bbc

     v.

DALIA SULIENE and LORI ALSUM,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has moved the court to "correct and modify the record" on appeal in this case pursuant to Fed. R. App. P. 10(e). In particular, he asks that exhibits numbered 30, 31 and 33 attached to his affidavit in support of his October 30, 2008 motion for summary judgment (dkt. #96) and exhibits numbered 1-14 attached to his affidavit in support of his June 25, 2008 motion for a preliminary injunction (dkt. #54) be included in the record on appeal. All of the exhibits plaintiff identifies in his request already are a part of the record on appeal. Although the docket entries do not state expressly that the affidavits include attached exhibits, the exhibits have been scanned electronically into the record and appear with the relevant affidavits. Therefore, plaintiff's motion to correct and modify the record on appeal (dkt. #137) will be denied as unnecessary.

1

Plaintiff asks as well in a motion titled "Plaintiff-Appellant Motion to Unseal the Proceeding in this Case" (dkt. #138) that all documents he sought to have sealed in connection with this case be unsealed and made public. He notes that it was a "painful mistake on the plaintiff's part" to ask earlier that the documents be sealed to protect his privacy and that he now wishes his medical records and whatever references the parties made to them during the course of the proceedings to be unsealed so that his family, prison advocate groups and lawyers are able to review the filings. This request will be granted.

ORDER

IT IS ORDERED that plaintiff's motion to correct and modify the record on appeal (dkt. #137) is DENIED as unnecessary; his motion to unseal documents that were sealed during the course of these proceedings (dkt. #137) is GRANTED. The clerk of court is directed to unseal all documents that were sealed during the pendency of this case.

Entered this 25th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2